UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUILDING AND CONSTRUCTION TRADES DEPARTMENT, AFL-CIO, *et al.* <br><br> Plaintiff, <br><br> v. <br><br> JOE M. ALLBAUGH, DIRECTOR FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.* <br><br> Defendant. | Civil Action No. 01-0902 (EGS) <br><br> [2-1] <br><br> FILED <br> MAY 15 '01 |

### SCHEDULING ORDER

Upon consideration of the hearing on May 7, 2001 and the parties proposed scheduling order, it is hereby

**ORDERED** that plaintiffs' motion for preliminary injunctive relief is consolidated with the proceedings on the merits pursuant to Fed. R. Civ. P. 65(a)(2) [2-1], and without objection from any party; and it is

**FURTHER ORDERED** that the parties shall have until **May 29, 2001** to join other parties and/or amend the pleadings; and it is

**FURTHER ORDERED** that the briefing schedule in this case is as follows:

Dispositive motions shall be filed by no later than **June 8, 2001**;



1

4

Responses to the dispositive motions shall be filed by no later than **June 22, 2001**;

Reply briefs shall be filed by no later than **June 29, 2001**; and it is

**FURTHER ORDERED** that all parties shall file proposed findings of fact and conclusions of law by no later than **July 13, 2001**; and it is

**FURTHER ORDERED** that each party shall file with Chambers a computer diskette containing each party's respective pleadings in WordPerfect 8.0 by no later than **July 13, 2001**; and it is

**FURTHER ORDERED** that all motions, responses, etc. shall include a table of contents and a table of authorities.  In the left-hand margin of the table of authorities in any pleading, there shall be placed an asterisk to indicate each authority on which the pleading principally relies, together with a notation at the bottom of the first page of the table stating: "Authorities upon which we chiefly rely are marked with asterisks."  If there are no such authorities, the notation should so indicate; and it is

**FURTHER ORDERED** that the parties shall file with Chambers two (2) photocopies of all principal points and authorities relied upon in their respective pleadings.  The parties are encouraged to collaborate, if at all possible, in an effort to avoid filing duplicate copies; and it is

**FURTHER ORDERED** that all pleadings shall be hand-delivered to all parties (with two (2) courtesy copies hand-delivered to Chambers) on or before the dates reflected in this Order; and it is

**FURTHER ORDERED** that if either party wishes to present oral testimony at the hearing pursuant to Fed. R. Civ. P. 43(e), it shall file a motion for leave to do so by no later than **July 13, 2001.** The motion shall include the names of the witnesses and a summary of their expected testimony. Responses to such motions shall be filed by no later than **July 27, 2001.** Replies shall be filed by no later than **August 3, 2001**; and it is

**FURTHER ORDERED** that motions for leave to file a brief with the Court as *amicus curiae* shall be filed with the Court by no later than **May 29, 2001.** Any such briefs shall be filed with the Court and delivered to all counsel by no later than **June 15, 2001**; and it is

**FURTHER ORDERED** that parties are directed not to communicate with anyone on the Court's staff on an <u>ex parte</u> basis. In the event it is absolutely necessary to communicate with the Court's staff regarding this case, the parties are directed to arrange, at their expense, a conference call with counsel for all other parties and speak directly with either Judge Sullivan's secretary, Geri Kyler, at 354-3260, or the courtroom deputy, Carol Votteler, at 354-3152. It will not be the responsibility

3

of anyone on the Court's staff to arrange conference calls; and it is

**FURTHER ORDERED** that a motions hearing is scheduled for **August 14, 2001** at **10:00 a.m.** in Courtroom 1.

5/14/01
DATE

EMMET G. SULLIVAN
**UNITED STATES DISTRICT JUDGE**

4

Notice to:

Laurence J. Cohen, Esquire
Terry R. Yellig, Esquire
Victoria L. Bor, Esquire
Jonathan D. Newman, Esquire
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
1125 Fifteenth Street, N.W., Suite 801
Washington, D.C.

Attorneys for Plaintiffs


Neil H. Koslowe, Esquire
Special Litigation Counsel
U.S. Department of Justice
Civil Division
Room 1036
P.O. Box 883
Washington, D.C. 20044

Attorney for Defendants

5